# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
MARK F. MARCHESE

**WARRANT FOR ARREST**

CASE NUMBER: 04-_____-M

04-mj00036-LPC

SSN: 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
DOB: February 5, 1970

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARK F. MARCHESE__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   **X** Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Armed Bank Robbery;**
**Use of Firearm During Crime of Violence;**

in violation of Title __18__ United States Code, Section(s) __2113(a) and (d)__ ;
in violation of Title __18__ United States Code, Section(s) __924(c)__ .

_Lawrence P. Cohen_
Name of Issuing Officer

_U.S. Magistrate Judge_
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

_August 25, 2004 - Boston, MA_
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  WARRANT EXECUTED BY | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/25/04 | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: MARK F. MARCHESE

ALIAS: unknown

LAST KNOWN RESIDENCE: 219 Russell Street, Everett, MA

LAST KNOWN EMPLOYMENT: unknown

PLACE OF BIRTH: Boston, MA

DATE OF BIRTH: February 5, 1970

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5 ft 9 in          WEIGHT: 165 lbs

SEX: Male                  RACE: Caucasian

HAIR: Brown                EYES: Hazel

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: tattoos on stomach, arms, legs

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: unknown

INVESTIGATIVE AGENCY AND ADDRESS: Federal Bureau of Investigation, 1 Center Plaza, Suite, 600, Government Center, Boston, Massachusetts

# Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**                 Category No. **II**          Investigating Agency **FBI**

City **Malden**                       **Related Case Information:**

County **Middlesex**                  Superseding Ind./ Inf. _____  Case No. _____
                                      Same Defendant _____  New Defendant **x** _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **MARK F. MARCHESE**                      Juvenile  ☐ Yes  ☒ No

Alias Name **unknown**

Address **219 Russell Street, Everett, MA**

Birth date: **1970**   SS#: **4347**   Sex: **M**   Race: **Caucasian**   Nationality: **USA**

Defense Counsel if known: _____            Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Paul R. Moore**                           Bar Number if applicable **632312**

Interpreter:  ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____  ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **August 25, 2004**        Signature of AUSA: *PA R M*

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
MARK F. MARCHESE

**CRIMINAL COMPLAINT**

CASE NUMBER: 04- M00036-LPC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 19, 2004__ in __Middlesex__ County, in the _____ District of __Massachusetts__ defendant, (Track Statutory Language of Offense)

By force and violence and by intimidation, took from the person and presence of employees of Citizen's Bank, money belonging to and in the custody, control, management, and possession of Citizen's Bank, a federally insured financial institution, and did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon and device, to wit, a gun, and did knowingly use and carry that gun during and in relation to a crime of violence, to wit, the intentional taking of money, from the person or presence of others, belonging to, and in the care, custody, management and possession of a federally insured bank, by means of force and violence and by intimidation,

in violation of Title __18__, United States Code, Section(s) __2113(a) and (d)__ ;
in violation of Title __18__, United States Code, Section(s) __924(c)__

I further state that I am a(n) __Special Agent, Federal Bureau of Investigation__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
Robert Rice
Special Agent, Federal Bureau of Investigation
United States Department of Justice

Sworn to before me and subscribed in my presence,

August 25, 2004  at  Boston, Massachusetts
Date                                                        City and State

HON. Lawrence P. Cohen,   United States Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer